IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIC WILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 06-698-WDS |
| | ) | |
| GENERAL DYNAMICS CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 28, 2006.**

                                                                s/ WILLIAM D. STIEHL
                                                                   DISTRICT JUDGE


Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Case No. 06-698-GPM.