IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC WILL, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No. **06-698-GPM** |
| ) | |
| **GENERAL DYNAMICS CORP., et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is defendant General Dynamics' motion for entry of a briefing schedule relative to plaintiff's motion for class certification. **(Doc. 31).** Defendants note that they submitted a proposed schedule in November, which proposed deadlines that are fast approaching.

Defendant is understandably anxious to get this action underway, but a review of the record reveals the case was recently reassigned to Chief Judge Murphy, and that there has also been a reassignment of law clerk responsibilities. Accordingly, the case has yet to be assigned a track and trial setting, which are necessary before any schedule can be contemplated.

**IT IS THEREFORE ORDERED** that defendant General Dynamics' motion for entry of a briefing schedule relative to plaintiff's motion for class certification **(Doc. 31) is DENIED AS PREMATURE**.

**IT IS SO ORDERED.**

**DATED: December 14, 2006**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**

1

U. S. MAGISTRATE JUDGE