1

1    IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF ILLINOIS

3

4    ERIC WILL, et al.,                )

5                 Plaintiffs,          )

6            vs.                       ) No. 06-698-WDS

7    GENERAL DYNAMICS CORPORATION,  )

8                 Defendant.           )

9

10           The videotaped deposition of HENRY C.

11    EICKELBERG, called for examination, taken pursuant

12    to the Federal Rules of Civil Procedure of the

13    United States District Courts pertaining to the

14    taking of depositions, taken before NANCY A.

15    GUIDOLIN, CSR No. 84-2531, a Notary Public within

16    and for the County of DuPage, State of Illinois,

17    and a Certified Shorthand Reporter of said state,

18    at Suite 3930, 55 East Monroe Street, Chicago,

19    Illinois, on the 13th day of March, A.D. 2007, at

20    10:26 a.m.

21

22

23

24



9

1    in Chicago in their -- I was a partner in their

2    ERISA practice.

3         Q.    How long were you with Jenner & Block?

4         A.    I worked for Jenner & Block from

5    December of '94 until January of 1997, and then I

6    started my position at General Dynamics, and we

7    moved out from the Chicago area to Washington,

8    D.C. in the summer of '97.  So my kids finished

9    school, and then we moved to the Washington area.

10        Q.    Are you in Washington, D.C. now?  Is

11   that where you live?

12        A.    Well, we live in Virginia, Northern

13   Virginia.

14        Q.    But your office is in Washington, D.C.?

15        A.    It's Falls Church.  It's a suburb of --

16   it would be like in St. Louis like Clayton or

17   something like that.  It's a suburb of D.C.

18        Q.    Yeah.  I worked in D.C. for three

19   years.

20        A.    Yeah.  It's a pretty area.

21        Q.    Yeah.  It's nice.

22              What -- okay.  Let's -- at General

23   Dynamics what was your position when you started

24   in 1997?

Henry C. Eickelberg

1       A.    My official salary -- or -- my official

2    salary, we will get to that.

3             My official title was Staff Vice

4    President Benefit Programs.

5       Q.    Okay.

6       A.    And now it's Staff Vice President Human

7    Capital Processes, which really reflects the fact

8    that my areas of responsibility include more than

9    just the benefit functions; payroll and

10   occupational health and safety, and things of that

11   nature.

12      Q.    When did the title change?

13      A.    I would say -- I don't know the exact

14   time frame, but I would say probably 2002 or 3.

15   I would have to look.  I don't remember, but it

16   has been a couple of years.

17      Q.    Okay.  Did the responsibilities change

18   or --

19      A.    Increase, yeah.  It was an increase.  I

20   still oversee the benefit functions.  In addition

21   to that I am responsible for payroll and OSHA.  We

22   have a travel reimbursement section that I am

23   responsible for.  So if you travel on business

24   travel and you have an expense report, I run

Henry C. Eickelberg

1    those -- I oversee a service center that processes

2    that.

3        Q.    Okay.  Make sure nobody gets movies or

4    anything.

5        A.    Exactly.  We check those very

6    carefully.

7        Q.    Who -- so right now you're in the

8    benefits area of your position, the employee

9    benefits?

10       A.    Correct.

11       Q.    What does that include?

12       A.    It includes both the design and the

13   delivery of employee benefits, and that is

14   primarily ERISA type of plans, and I draw that as

15   a distinction from like vacation and so forth,

16   which from a layman's point of view people would

17   say that's a benefit, but that's a local --

18   essentially a local payroll practice.

19       Q.    Okay.  And so in ERISA does that

20   include health insurance?

21       A.    Yes.  It include health insurance,

22   life insurance, the retirement plans, both the

23   pension, because we have a traditional defined

24   benefit plan as well as 401(k) Plans.

Henry C. Eickelberg

26

1    the amount of contributions that they have -- I

2    mean, matching contributions that they have

3    received and the funds that they selected?

4        A.    That would be some -- that's right.

5    That would be some of the differences that would --

6        Q.    Potentially if there are any loans,

7    those would be reflected?

8        A.    Correct.  Right.

9        Q.    But other than that, this is the basic

10   form?

11       A.    That is the basic form.

12       Q.    Can you tell me -- you have looked

13   through that.  Can you tell me how much in the

14   first portion of 2006 did Eric Will pay in fees and

15   expenses on his account?

16       A.    You invited me at the beginning of the

17   deposition to ask you to clarify your question.  I

18   am not sure what you mean by "fees and expenses."

19       Q.    Both the hourly and salaried SSIP pass

20   on the expenses of the plan to the participants,

21   correct?

22       A.    I would not agree with that.

23       Q.    How is that not correct?

24       A.    In running -- maybe I can take a second

Henry C. Eickelberg

1    and describe how this works.  ERISA at its base is

2    founded on trust law, and trust law in the sense

3    that Congress directed that employers are allowed

4    to get a deduction for contributions that they

5    contribute to a trust on behalf of beneficiaries.

6         None of the funds that are contributed

7    to the trust are the direct property of the

8    participants themselves.  If it was the direct

9    property of the participants themselves, then there

10   wouldn't be a tax deduction for the -- there would

11   not be the avoidance of income taxes which is

12   critical to the participant, and that includes both

13   the after tax contributions and pre-tax

14   contributions.

15        So in layman's terms people would look

16   at the account as their own money, but what it

17   really is, and it needs to be this way for tax

18   reasons and for legal reasons, they have a

19   beneficial interest which is expressed by virtue of

20   these account statements.  The owner of all of the

21   assets is Northern Trust.  It's not General

22   Dynamics and it's not the participants.

23        The participants are trust beneficiaries

24   of the single corpus that's owned by Northern

Henry C. Eickelberg

28

1      Trust.  By virtue of the Plan's design,

2      participants are given a range of investments that

3      they can ask be allocated -- that their beneficial

4      interest be allocated to, but all of the expenses -

5      and there are expenses for both the investment and

6      the administration of the plan - all of those

7      expenses are paid at the trust level by the

8      trustee.

9            The net resulting income is then

10     allocated to the beneficial -- to each beneficiary

11     in proportion to their interest.  So there is no --

12     there is no situation -- the plan is not set up to

13     run where you have a separate segmented group of

14     assets for each individual participant.

15            Each participant has an

16     indistinguishable interest in a whole, and the plan

17     trustee, Northern Trust, pays all of the expenses,

18     and then the net income is essentially allocated

19     through an accounting function on paper, and it's

20     called an account statement, to make it easier to

21     communicate for the participants.

22            We don't call them beneficiaries,

23     because it would take us a long time to get

24     employees to understand what that nuance means, but

Henry C. Eickelberg

29

1   it's critical because all of the record keeping

2   that we do is essentially around dividing up their

3   beneficial interest in an activity that is taking

4   place one level above them.

5           So you mentioned fees.  Under the law we

6   are allowed to charge participants fees, but those

7   fees are activity related fees that we would

8   disclose in our SPE.

9           For example, we talked about plan loans.

10  If Mr. Will had a plan loan and we decided to

11  charge a $50 fee to get that plan loan, it would

12  show up on his account statement, because that's

13  not a plan level cost.  That's a participant level

14  fee.

15          We could charge him for carrying a plan

16  loan, a couple of dollars a month for carrying a

17  plan loan.  I notice that Mr. Will is married.  If

18  he filed -- unfortunately if he got in unfortunate

19  circumstances of getting divorced, we could charge

20  a reasonable fee to his account directly for the

21  purposes of processing the QDRO.

22          So implicit in your statement is that

23  Mr. Will has a separate segment of assets that we

24  can go over and look at, and, in fact, what he has

Henry C. Eickelberg

30

1     is a beneficial interest in a trust which is owned

2     by Northern Trust and held for the exclusive

3     benefit of Mr. Will and approximately, you know, 80

4     plus thousand other employees.

5         Q.    Okay.  And I understand all of that, and

6     so let's ask it another way.  What portion of

7     Mr. Will's beneficial interest was paid for

8     administrative expenses in the plan?

9         A.    As I mentioned before, we allocate to

10    Mr. Will's account, which is indicated very clearly

11    by the change in the net asset value, the price per

12    unit changes based on the net income after plan

13    level costs.  The plan level costs are paid for

14    by -- paid for by the trust.

15        Q.    What -- where are you looking at?

16        A.    By the trustee.  On Page 3 there is a

17    price "net asset value per unit."

18        Q.    Okay.

19        A.    The net asset value per unit is

20    determined in our plan on a daily basis.  What we

21    do is we get the income from the fund -- particular

22    fund.  In this case, you know, Mr. Will has chosen

23    to invest in a number of our different funds, which

24    is fine, and then we subtract off the plan level

Henry C. Eickelberg

1    costs and then allocate to Mr. Will his share, if

2    you will, of -- to show him how much his beneficial

3    interest is in the whole.

4        Q.    How much --

5        A.    He doesn't have a specific balance.  He

6    has a number of units times a net asset value.  The

7    number of units increases when he makes

8    contributions.  It decreases when he makes

9    withdrawals, and the value of his account goes up

10   and down by the net income which is the income

11   minus the plan level costs, and the two are

12   multiplied together to show Mr. Will what his

13   dollar denominated, if you will, beneficial

14   interest is in the trust.

15       Q.    What were the plan level costs that

16   Mr. Will paid in or were allocated against him to

17   arrive at this net asset value?

18       A.    Well, the plan level costs were paid for

19   by the plan.

20       Q.    Well, can you tell me what they were?

21       A.    You'd have to -- I would have to refer

22   to the 11(k) to see what they were.

23       Q.    Can you tell me once you have

24   referred -- from the 11(k) could you tell me how

Henry C. Eickelberg

1    much was allocated to Mr. Will?

2         A.    Well, again, that I understand -- your

3    question presupposes that Mr. Will has a separate

4    segment of assets.  He has an indivisible interest

5    in the trust itself.

6         Q.    Okay.

7         A.    He has a beneficial interest which is

8    indistinguishable -- I can't go to an account at

9    Northern Trust to see the dollars for Mr. Will.

10   Mr. Will has an interest in the total amount.

11        Q.    Can you tell me what the actual expenses

12   incurred with respect to Mr. Will's individual

13   account is or are?  The actual expenses incurred

14   with respect to Mr. Will's individual account, can

15   you tell me what those are from this statement?

16        A.    What kind of expenses are you talking

17   about?

18        Q.    The actual expenses incurred with

19   respect to Mr. Will's individual account.

20        MR. MARTIN:  Object to the form of the

21   question.  If you can answer the question, that's

22   fine, but if you can't, that fine, too.

23   BY MR. CONLISK:

24        Q.    Sorry.

Henry C. Eickelberg

1     A.    Sorry.

2     Q.    The question was:  Can you tell me what

3  the actual expenses incurred with respect to

4  Mr. Will's individual account were for the period

5  reported in this statement?

6     MR. MARTIN:  I object to the form of the

7  question and the use of the word "actual expenses,"

8  because Mr. Eickelberg asked you to define actual

9  expenses.

10  BY MR. CONLISK:

11     Q.    Can you tell me the administrative

12  expenses that were incurred with respect to

13  Mr. Will's individual account from this statement?

14     A.    The plan pays the administrative

15  expenses and allocates the income to Mr. Will.  I

16  mean, I don't know how else that I can say it.

17     Q.    Well, I guess --

18     A.    I mean, if there were plan level fees or

19  if there were participant level fees that Mr. Will

20  paid, we would have put them in the SPD and put

21  them on his account.  The cost of running the plan

22  is borne by the Northern Trust on behalf of the --

23  as the trustee.  The net income is then allocated

24  to the individual participants on a record keeping

34

1    account, which is what this is.

2         Q.    Okay.  I understand that, and I am not

3    trying to be argumentative.

4         A.    I understand.

5         Q.    And so -- I mean, if the answer is that

6    you can't tell me from this statement what the

7    actual expenses incurred with respect to Mr. Will's

8    individual account is, you can -- your answer can

9    be that.

10        A.    But I understand --

11        MR. MARTIN:  I object to the form of the

12   question, because it's argumentative.

13   BY MR. CONLISK:

14        Q.    Okay.  I am, by the way, reading from

15   the ERISA regulations as to what they are supposed

16   to be.

17        MR. MARTIN:  It doesn't matter what you are

18   reading from.  The question is argumentative.

19   BY MR. CONLISK:

20        Q.    Okay.  So, first of all, let's break

21   this down some.  The expenses are paid by the

22   trust, correct?

23        MR. MARTIN:  Object to the form of the

24   question.

Henry C. Eickelberg

35

1    BY MR. CONLISK:

2         Q.    The administrative expenses of the plan

3    are paid by the trust, correct?

4         A.    Are paid by the trustee.

5         Q.    By the trustee.  And the trustee makes

6    that payment from funds that are in the trust,

7    correct?

8         A.    From the corpus, that's correct.

9         Q.    And does General Dynamics contribute

10   money to the trust for the purpose of covering

11   those expenses?

12        A.    Yes.  We put in matching contributions

13   which go to offset the cost of the plan and

14   allocate it, because there are forfeitures.

15   So yes.

16        Q.    So --

17        A.    Yeah.  We do contribute to --

18        Q.    Other than matching contributions does

19   General Dynamics pay the particular expenses, the

20   administrative expenses of the plan?

21        A.    Some of the administrative expenses we

22   do and some of them we charge -- are charged to the

23   plan and paid for by the Northern Trust.

24        Q.    Which administrative expenses does

Henry C. Eickelberg

36

1    General Dynamics pay?

2          A.     There would be some communications and

3    design costs that we would believe would not be an

4    appropriate -- would be in legal parlance settlor

5    expenses, and we would not charge those to the

6    participants.

7          Q.     And we can agree -- I mean, you are an

8    ERISA practitioner of markedly more experience than

9    me, we can agree that the reason that you don't

10   charge settlor expenses to the trust is because the

11   law precludes you from doing so, correct?

12         A.     That's correct.

13         Q.     And so I am not asking about settlor

14   expenses.  I am asking about administrative

15   expenses.  Does General Dynamics pay the

16   administrative expenses of the trust?

17         MR. MARTIN:  Object to the form of the

18   question.  I think it's -- that question has been

19   asked and answered.

20         MR. CONLISK:  He can answer it.

21   BY THE WITNESS:

22         A.     Can you ask it again?

23   BY MR. CONLISK:

24         Q.     Does General Dynamics pay the

Henry C. Eickelberg

1    administrative expenses of the trust?

2        MR. MARTIN:  Same objection.

3    BY MR. CONLISK:

4        Q.    You can answer.  He is objecting for the

5    record.

6        A.    We pay -- there are -- there are

7    arguably some administrative expenses that we do

8    pay, and we do charge the trust for others, but we

9    don't charge individual participants, because the

10    net income is allocated to the individual

11    participants.

12            Your question presupposes that we have a

13    responsibility to segment the assets inside of the

14    trust for each particular person.  That's not how

15    an ERISA plan works.

16        Q.    Okay.  And I am asking -- and my

17    question is this:  Is there any way for Mr. Will to

18    know from looking at this statement what amount of

19    administrative expenses that he incurred in

20    connection with his account for this period?

21        MR. MARTIN:  Object to the form of the

22    question.  It's been asked and answered, but you

23    can answer it again.

24    BY THE WITNESS:

Henry C. Eickelberg

38

1          A.      The plan pays all of the administrative

2    expenses, the trustee pays all of the

3    administrative costs of running the corpus,

4    including the production of the account statements

5    that are -- represent the beneficial interest of

6    each participant.  Mr. Will did not -- we don't

7    charge participant level fees for activities, and

8    so there won't be any participant level fees on any

9    of the account statements, but the costs of running

10   the program are paid for at the trust level, and

11   the net income is then allocated to each

12   participant through this net asset value on -- it's

13   on his account statement.

14   BY MR. CONLISK:

15         Q.      The net asset value on his account

16   statement is determined by adding his contributions

17   and the company's matching contributions.  That's

18   one element of it, correct?

19         A.      No.  Huh-uh.  No.  That would change the

20   units.  So basically --

21         MR. MARTIN:  You should wait for a question.

22   BY MR. CONLISK:

23         Q.      So basically what?

24         A.      The unit --

Henry C. Eickelberg