**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ERIC WILL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No.   06-698-GPM** |
| **GENERAL DYNAMICS CORPORATION,** ) | |
| **FIDUCIARY ASSET MANAGEMENT,** ) | **Judge G. Patrick Murphy** |
| **LLC (f/k/a Fiduciary Asset Management** ) | |
| **Company), and C.D. WALBRANDT, INC.** ) | **Mag. Judge Clifford J. Proud** |
| **(f/k/a Fiduciary** ) | |
| **Asset Management Company),** ) | |
| ) | |
| **Defendants.** ) | |

## APPENDIX TO GENERAL DYNAMICS CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Craig C. Martin
Daniel J. Winters
Amanda S. Amert
Reena R. Bajowala
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611-7603
Telephone:  (312) 923-2776

Larry E. Hepler
Troy A. Bozarth
HEPLER, BROOM, MACDONALD,
   HEBRANK, TRUE & NOCE, LLC
Two Mark Twain Plaza
103 West Vandalia St., Suite 300
Edwardsville, IL  62025-0510
(618) 656-0184
(618) 656-1364 (fax)

*Attorneys for General Dynamics*
  *Corporation*

Dated:  January 4, 2008

# TABLE OF CONTENTS

**Tab**

**Declarations**

Declaration of Henry Eickelberg ........................................................................1

Declaration of David Fogg ..............................................................................2

Declaration of Charles Goodman .....................................................................3

Declaration of Joseph Gallagher .....................................................................4

Declaration of Margaret House .......................................................................5

**General Dynamics' Expert Reports**

Expert Report of Donald C. Stone ..................................................................6

Supplemental Expert Report of Donald C. Stone ...........................................7

Expert Report of Andrew S. Carron ...............................................................8

Supplemental Expert Report of Andrew S. Carron ........................................9

**Deposition Transcripts**

Deposition of Richard Cotterman (excerpts) ................................................10

Deposition of Daniel Kuczon (excerpts) .......................................................11

Deposition of Eric Will (excerpts) ................................................................12

**Correspondence with Plaintiffs Regarding Fees**

04/30/06 Newspaper Advertisement .............................................................13

05/18/06 Cotterman letter to H. Eickelberg (redacted) ...............................14

05/24/06 H. Lea letter to H. Eickelberg .......................................................15

06/19/06 H. Eickelberg letter to R. Cotterman .............................................16

07/28/06 H. Eickelberg letter to H. Lea (w/ attachments) ..........................17

08/16/06 H. Lea letter to H. Eickelberg .......................................................18

08/31/06 H. Lea letter to H. Eickelberg .......................................................19

09/18/06 H. Eickelberg letter to H. Lea ........................................................................20

12/21/06 H. Eickelberg letter to H. Lea (w/ attachments) ............................................21

**Plan Documents / Disclosure Materials**

Fund Fact Sheets (Q3; 2006) ........................................................................................22

Plan Details Booklet .....................................................................................................23

Dodge & Cox Prospectus (05/06) .................................................................................24

Participant Account Statements for E. Will and R. Cotterman (redacted) ...................25

2005 Form 5500s (Salaried Plan, Hourly Plan, Master Trust) (excerpts) ...................26

2005 Summary Annual Reports (Salaried Plan and Hourly Plan) ................................27

2005 Form 11-Ks (Salaried Plan and Hourly Plan) .....................................................28

Screenshot from General Dynamics' Benefits Website..................................................29

Quick Facts No. 4 ..........................................................................................................30

Quick Facts No. 8 ..........................................................................................................31

SSIP Master Trust Agreement (w/ amendments) ..........................................................32

Plan Documents (Salaried Plan; Hourly Plan)...............................................................33

**General Dynamics' Board of Directors / BPIC Materials**

BPIC Charter..................................................................................................................34

05/25/94 Notice of BPIC Meeting and Agenda ............................................................35

07/27/94 Notice of BPIC Meeting and Agenda ............................................................36

09/29/04 Notice of BPIC Meeting and Agenda ............................................................37

09/28/05 Notice of BPIC Meeting and Agenda ............................................................38

06/01/94 BPIC slides (excerpts) ...................................................................................39

10/05/05 BPIC slides (excerpts) ...................................................................................40

Minutes of 06/01/94 BPIC Meeting (redacted) ............................................................41

Minutes of 08/03/94 BPIC Meeting (redacted) ............................................................42

Minutes of 10/06/94 BPIC Meeting (redacted) ........................................................................43

Minutes of 10/05/05 BPIC Meeting (redacted) ........................................................................44

BPIC Report to Board of Directors Regarding 06/01/94 Meeting (redacted) ...............................45

BPIC Report to Board of Directors Regarding 08/03/94 Meeting (redacted) ...............................46

BPIC Report to Board of Directors Regarding 10/06/04 Meeting (redacted) ...............................47

BPIC Report to Board of Directors Regarding 10/05/05 Meeting (redacted) ...............................48

Minutes of 06/01/94 Board of Directors Meeting (redacted) ......................................................49

Minutes of 08/03/94 Board of Directors Meeting (redacted) ......................................................50

Minutes of 10/06/04 Board of Directors Meeting (redacted) ......................................................51

Minutes of 10/05/05 Board of Directors Meeting (redacted) ......................................................52

**Northern Trust / Securities Lending / Float**

07/22/97 J. Wilson letter to R. Stewart (w/ attachment)..............................................................53

08/04/97 R. Stewart letters to Mellon Trust, State Street Global Advisors, Northern Trust, Bank of New York ............................................................................................................54

07/31/97 Request for Proposal for Master Trust Services ............................................................55

09/03/97 Cost Summary Chart..................................................................................................56

09/18/97 H. Eickelberg letter to S. Penrose...............................................................................57

12/22/99 A. Chamberlain letter to H. Redd and H. Eickelberg (w/ attachment)...........................58

08/00 Securities Lending Authorization Agreement ...................................................................59

05/03/02 J. Murphy e-mail to H. Eickelberg (w/ attachment) .....................................................60

05/21/02 S. Drimmer e-mail to J. Gallagher and H. Eickelberg....................................................61

05/14/02 G. Ehrenstrom e-mail to B. Barthelmess (w/ attachment)..............................................62

Trustee/Custody Services Fee Proposal Evaluation ...................................................................63

05/22/02 A. Chamberlain e-mail to H. Eickelberg (w/ attachment)..............................................64

05/23/02 J. Gallagher e-mail to H. Eickelberg (w/ attachment) ...................................................65

05/15/02 J. Gallagher e-mail to H. Eickelberg (w/ attachment) ...................................................66

07/10/02 A. Chamberlain letter to H. Eickelberg (w/ attachments) ...............................................67

07/02 Amended Schedule C to Securities Lending Authorization Agreement ...........................68

07/19/04 A. Chamberlain letter to H. Eickelberg (w/ attachment) ...............................................69

**FAMCO / Dodge & Cox**

10/01/94 FAMCO Agreement ............................................................................................70

01/31/00 J. Gallagher letter to D. Fogg.........................................................................................71

02/13/02 J. Gallagher memorandum to D. Fogg and C. Walbrandt ..............................................72

03/11/02 Dodge & Cox Agreement ..................................................................................73

03/31/04 FAMCO quarterly investment report..............................................................................74

10/08/04 FAMCO Agreement ............................................................................................75

08/30/04 Dodge & Cox e-mail..........................................................................................................76

05/04/05 J. Larrow e-mail to J. Gallagher (w/ attachment) ..........................................................77

07/15/05 J. Gallagher memorandum to D. Fogg and H. Eickelberg..............................................78

07/28/05 J. Gallagher revised memorandum to D. Fogg and H. Eickelberg ................................79

01/10/06 J. Larrow letter to J. Gallagher (w/ attachment) ...........................................................80

**Filings in Other Cases**

Kanawi v. Bechtel Corp., No. C-06-5566-CRB (N.D. Cal. May 15, 2007) (slip op.)...................81

**Miscellaneous**

Report of Plaintiffs' Expert David J. Witz.....................................................................................82

**Discovery Materials**

General Dynamics' Objections and Responses to Plaintiffs' First Requests for Admission ........83

Plaintiffs' Responses to General Dynamics' Second Set of Requests for Admission...................84

Plaintiffs' Supplement to Reformulated Responses to General Dynamics' Third Set of
        Interrogatories ...........................................................................................................85

Plaintiffs' Objections and Responses to General Dynamics' First Set of Interrogatories............86