# EXHIBIT 13

REDACTED



# EXHIBIT 14

May 18, 2006

General Dynamics Corporation
2941 Fairview Park Dr., Ste 100
Falls Church, VA  22042-4541

RE: Richard Cotterman - my 401(k) Plan
SSN:   Redacted

Dear Plan Administrator:

Pursuant to my right under ERISA, please send me a copy of the following information regarding my 401(k) Plan.

• All documents under which the Plan is established or operated, including but not limited to the Plan document, current Summary Plan Description, latest complete Annual Report (not a summary), trust agreements, and contracts with service providers;

• All investment guidelines or directives;

• List each service provider to the Plan, including but not limited to pension consultants, investment managers, record keepers, brokers, administrators, and trustees. Additionally, identify the compensation received by each service provider, including but not limited to all forms of compensation received from the Plan and from other providers through revenue-sharing or soft dollar arrangements, etc.;

• Identify the operating expense ratio for each fund and trust in the Plan for the current year and for each of the last five years;

• List each service provider to the fund and trusts contained in the Plan, including but not limited to pension consultants, investment managers, record keepers, brokers, administrators, and trustees. Additionally, identify the compensation received by each service provider, including but not limited to all forms of compensation received from the Plan and from other providers through revenue-sharing or soft dollar arrangements, etc.;

• List all underlying assets or investments for each fund or trust in the Plan;

• Identify any insurance contracts and describe the promised rate of return and any fees or expenses charged including wrap fees;

• If the Plan currently receives revenue sharing, please state how much the Plan has received for each of the past five years;

• Identify all expenses, if any, paid by Plan Sponsor; and

• Identify the gross yield and the net yield for each mutual fund in the Plan for each of the past five years.

Thank you.

Sincerely,

*[signature]*
Richard Cotterman
340 E. Holden Street
Virden, Illinois  62690

RECEIVED
MAY 2 3 2006
EMPLOYEE BENEFITS

CONFIDENTIAL
GD 00000323

# EXHIBIT 15

## SCHLICHTER, BOGARD & DENTON
### ATTORNEYS AT LAW

100 SOUTH FOURTH STREET, SUITE 900
ST. LOUIS, MISSOURI 63102
(314) 621-6115
1 (800) 873-5297
FAX (314) 621-7151

HEATHER LEA

Illinois Office
2661 NORTH ILLINOIS, SUITE 187
SWANSEA, ILLINOIS 62226
(618) 632-3329

ROBERT S. BOGARD
OF COUNSEL

May 24, 2006

H.C. Eickelberg – Plan Administrator
General Dynamics Corp Savings & Stock Investment Plan
General Dynamics Corporation
2941 Fairview Park Dr., Ste 100
Falls Church, VA 22042-4541

Dear Plan Administrator:

We represent Daniel Kuczon (authorization enclosed), a participant in The General Dynamics Corporation Savings and Stock Investment Plan. We are writing pursuant to ERISA §104(b)(4) to request the information and documents described below. If you require reimbursement for copies, please let me know as soon as possible and I will forward it to you. For the most recent year, and for the 5 years previous, please send:

- All documents under which the Plan is established or operated, including but not limited to the Plan document, current Summary Plan Description, latest complete Annual Report (not a summary), trust agreements, and contracts with service providers;

- All investment guidelines or directives;

- List each service provider to the Plan, including but not limited to pension consultants, investment managers, record keepers, brokers, administrators, and trustees. Additionally, identify the compensation received by each service provider, including but not limited to all forms of compensation received from the Plan and from other providers through revenue-sharing or soft dollar arrangements, etc.;

- Identify the operating expense ratio for each fund and trust in the Plan for the current year and for each of the last five years;



RECEIVED MAY 25 2006 EMPLOYEE BENEFITS

GD 00000326

- List each service provider to the fund and trusts contained in the Plan, including but not limited to pension consultants, investment managers, record keepers, brokers, administrators, and trustees. Additionally, identify the compensation received by each service provider, including but not limited to all forms of compensation received from the Plan and from other providers through revenue-sharing or soft dollar arrangements, etc.;

- List all underlying assets or investments for each fund or trust in the Plan;

- Identify any insurance contracts and describe the promised rate of return and any fees or expenses charged including wrap fees;

- If the Plan currently receives revenue sharing, please state how much the Plan has received for each of the past five years;

- Identify all expenses, if any, paid by Plan Sponsor; and

- Identify the gross yield and the net yield for each mutual fund in the Plan for each of the past five years.

Be advised that according to ERISA section 502(c)(1), a penalty of $100 a day will apply should you fail to provide the requested documents and information within 30 days.

If there is anything further I can do to clarify this request, please let me know. I appreciate your assistance and look forward to your response.

Kind regards,

*Heather Lea*

Heather Lea

GD 00000327

To Whom it May Concern:

    I have engaged the services of the law firm Schlichter, Bogard, and Denton to represent me in all matters relating to my 401(k). The attorneys at Schlichter, Bogard & Denton are authorized to communicate with you on my behalf.

Sincerely,

*Daniel T. Kuper* (signature)

GD 00000328

# EXHIBIT 16

# GENERAL DYNAMICS

June 19, 2006

**Via Federal Express**
Richard Cotterman
340 E. Holden Street
Virden, IL 62690

Re:   401(k) Plan Information Requests

Dear Mr. Cotterman

We have received your request for information dated May 18, 2006, with respect to the General Dynamics Corporation Savings and Stock Investment Plan ("SSIP"). Pursuant to the Employee Retirement Income Security Act of 1974 and its regulations, we are writing to notify you that there will be a charge of $0.09 per page for making copies of the materials that we provide. Given the extent of the materials that you requested, it is possible that your request will consist of several hundred pages of materials. Thus, if you still want us to process your request for SSIP materials and information and you agree to pay these copying costs for any materials we send, please let us know by signing and dating this letter on the spaces below and returning this signed letter to:

General Dynamics Corporation
Attn: H. Eickelberg
2941 Fairview Park Drive
Suite 100
Falls Church, VA 22042

Once we receive this signed letter, we will process your request and send you an invoice for the copying costs.

Sincerely,

Henry C. Eickelberg
Staff Vice President
Human Capital Processes

2941 Fairview Park Drive
Suite 100
Falls Church, VA 22042-4513
Tel: 703 876 3409
Fax: 703 876 3745
heickelb@generaldynamics.com

GD 00000324

June 19, 2006
Page 2

I would like General Dynamics Corporation to continue processing my information request dated May 18, 2006. I acknowledge and agree that I will be responsible for paying the copying costs of the materials I requested and receive, as described above.

_____
Richard Cotterman


_____
Date

GD 00000325