# EXHIBIT 18

## SCHLICHTER, BOGARD & DENTON
### ATTORNEYS AT LAW

JEROME J. SCHLICHTER
ROGER C. DENTON
NELSON G. WOLFF
RICHARD J. ZALASKY
J. BRAD WILMOTH
REGINA L. L. WELLS
MATTHEW H. ARMSTRONG
ELIZABETH J. HUBERTZ
HEATHER LEA
KRISTINE K. KRAFT
JULIA M. EADES
MARY L. PERRY

100 SOUTH FOURTH STREET, SUITE 900
ST. LOUIS, MISSOURI 63102
(314) 621-6115
1 (800) 873-5297
FAX (314) 621-7151

Illinois Office
2661 NORTH ILLINOIS, SUITE 187
SWANSEA, ILLINOIS 62226
(618) 632-3329

DANIEL V. CONLISK
COUNSEL

ROBERT S. BOGARD
OF COUNSEL

August 16, 2006

Henry C. Eickelberg – Plan Administrator
General Dynamics Corp Savings & Stock Investment Plan
General Dynamics Corporation
2941 Fairview Park Dr., Ste 100
Falls Church, VA 22042-4541

Dear Mr. Eickelberg:

I received your response to our request on behalf of our client, Daniel Kuczon, for information and documents regarding the General Dynamics Corporation Savings and Stock Investment Plan ("SSIP"). I appreciate your response to our questions and the documents you provided.

I do, however, respectfully disagree with your suggestion that this information is all your fiduciary obligations to participants and under applicable law, including ERISA §§ 104(b)(4), 404(c), and other applicable law and regulations require you to disclose.

As you may remember, the core of our request seeks the information necessary for a full, complete, and accurate understanding of the fees and expenses charged to participants, the service providers who receive such payments, and the services for which they receive such payments. According to the Department of Labor, revenue sharing distributed from the Plan's underlying investments is required to be a part of the Plan's analysis of the reasonableness of the fees and expenses charged by service providers. As such, it is required to be disclosed under ERISA.

This also holds true for Guaranteed Investment Contracts ("GIC"). Thus, we request that you furnish to us the following documents and information:

- The underlying GIC contracts with Aetna, Met Life, and Northern Trust, along with any others that have been in place at any time since 1999;
- The term of each GIC contract;
- The GIC spread (i.e. the difference between the amount earned on the Plan's investment by the insurance company and the rate of return promised or actually received by the Plan); and
- The amount of expenses (if any) that may be, or actually are, deducted from the return.

Please respond within two weeks from the date of this letter. Thank you.

Kind Regards,

*Heather Lea*

Heather Lea

RECEIVED
AUG 17 2006
EMPLOYEE BENEFITS

GD 00000653

# EXHIBIT 19

## SCHLICHTER, BOGARD & DENTON
### ATTORNEYS AT LAW

100 SOUTH FOURTH STREET, SUITE 900
ST. LOUIS, MISSOURI 63102
(314) 621-6115
1 (800) 873-5297
FAX (314) 621-7151

HEATHER LEA

Illinois Office
2661 NORTH ILLINOIS, SUITE 187
SWANSEA, ILLINOIS 62226
(618) 632-3329

ROBERT S. BOGARD
OF COUNSEL

August 31, 2006

**VIA FEDERAL EXPRESS**
H.C. Eickelberg, Staff VP-HCP
General Dynamics Corporation
2941 Fairview Park Drive, Ste. 100
Fall Church, VA 22042-4541

Dear Plan Administrator:

We represent Eric Will (authorization enclosed), a participant in the General Dynamics Hourly Savings and Stock Investment Plan. We are writing pursuant to ERISA §§104(b)(4), 404(c) and 29 C.F.R. § 2550. 404(c)-2 to request the information and documents described below. We believe the participant has the right to know the fees and expenses that are charged directly to her account and also to know the fees or expenses that are removed from the revenue of her investments. Further, it is your duty under ERISA to provide this information.

If you require reimbursement for copies, please let me know as soon as possible and I will forward it to you. For the most recent year, and for the 5 years previous, please send:

- All documents under which the Plan is established or operated, including but not limited to the Plan document, current Summary Plan Description, latest complete Annual Report (not a summary), trust agreements, and contracts with service providers;

- All investment guidelines or directives;

- Identify the operating expense ratio for each fund and trust in the Plan for the current year and for each of the last five years;

GD 00000657

- List each service provider to the Plan, including but not limited to pension consultants, investment managers, record keepers, brokers, administrators, and trustees;

- Identify the compensation received by each service provider, including but not limited to all forms of compensation received from the Plan and from other providers through revenue-sharing or soft dollar arrangements, etc.;

- List all underlying assets or investments for each fund or trust in the Plan;

- Identify any insurance contracts and describe the promised rate of return and any fees or expenses charged including wrap fees;

- If the Plan currently receives revenue sharing, please state how much the Plan has received for each of the past five years;

- Identify all expenses, if any, paid by Plan Sponsor; and

- Identify the gross yield and the net yield for each investment option in the Plan.

Be advised that according to ERISA section 502(c)(1), a penalty of $110 a day will apply should you fail to provide the requested documents and information within 30 days.

If there is anything further I can do to clarify this request, please let me know. I appreciate your assistance and look forward to your response.

Kind regards,

*Heather Lea*
Heather Lea

Enclosure

GD 00000658

July 25, 2006

To Whom it May Concern:

I have engaged the services of the law firm Schlichter, Bogard, and Denton to represent me in all matters relating to my 401(k). The attorneys at Schlichter, Bogard & Denton are authorized to communicate with you on my behalf.

Sincerely,

*[signature]*

Eric Will
1609 E Pickett Lane
Marion, IL 62959

GD 00000659

# EXHIBIT 20

# GENERAL DYNAMICS

September 18, 2006

<u>Via Federal Express</u>

Heather Lea
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Re:   Daniel Kuczon; 401(k) Requests

Dear Ms. Lea:

We are responding to your letter dated August 16, 2006 with respect to your request for additional information relating to your client, Daniel Kuczon, and his participation in the General Dynamics Corporation Savings and Stock Investment Plan (the "SSIP").

You have asked for copies of the guaranteed investment contracts ("GIC") relating to the SSIP. Because the Employee Retirement Income Security Act of 1974 ("ERISA") does not require the disclosure of such documents, we have not provided you with such documents.

In addition, you have asked for the term of each such GIC. In accordance with ERISA Section 404(c) and the applicable underlying regulations, the term of each such GIC currently applicable to the SSIP follows:

       Aetna               7/7/08
       MetLife 25154  open ended
       MetLife 25155  open ended

Finally, you have asked for the "GIC spread (i.e. the difference between the amount earned on the Plan's investment by the insurance company and the rate of return promised or actually received by the Plan)" and the "amount of expenses (if any) that may be, or actually are, deducted from the return". Because ERISA does not require the disclosure of such information, we have not provided you with such information. However, in accordance with ERISA Section 404(c) and the applicable underlying regulations, we are providing you with the following current rates of return for each such GIC currently applicable to the SSIP:

       Aetna           2.93%
       MetLife 25154  5.18%
       MetLife 25155  4.38%

GD 00032682

2941 Fairview Park Drive, Suite 100
Falls Church, VA 22042-4513
Tel: 703-876-3409
Fax: 703-876-3745
www.generaldynamics.com

O:\HCE\APPEALS\ KUCZON DANIEL SSIP FOLLOW UP 091806.DOC

September 18, 2006
Page 2

Rate of return and expense information is also disclosed in the "Fixed Income Fund" fund fact sheet of the SSIP's summary plan description that we provided to you in our letter dated July 28, 2006.

Also, enclosed is a copy of our outstanding invoice to cover the copying costs relating to your prior request for SSIP information. Please send your payment in as soon as possible.

Sincerely,

GENERAL DYNAMICS CORPORATION

Henry C. Eickelberg
Staff Vice President – Human Capital Processes

HCE:hjja

Enclosure

GD 00032683

Invoice for Copying Costs
Relating to May 24, 2006 Request for
Plan Information

Participant: Daniel Kuczon
Plan: General Dynamics Corporation Savings & Stock Investment Plan

| Document | No. Pages | Rate | Total |
|---|---|---|---|
| Plan Document | 62 | $0.09/page | $5.58 |
| Summary Plan Description | no charge | no charge | $0.00 |
| Annual Report (Form 5500) | 22 | $0.09/page | $1.98 |
| Trust Agreement | 52 | $0.09/page | $4.68 |
| List of Underlying Fund Investments | 12 | $0.09/page | $1.08 |
| U.S. Small Cap Portfolio fund prospectus | no charge | no charge | $0.00 |
| Total | 148 | $0.09/page | $13.32 |

Please send a copy of this invoice and a check or money order in the amount of $13.32, made payable to "General Dynamics Corporation", to the following address:

General Dynamics Corporation
Attn: H. Eickelberg
2941 Fairview Park Drive
Suite 100
Falls Church, VA 22042.

GD 00032684